IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DALYNN BURGESON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3249 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLMAND BROS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to continue, filing 27, is granted and,

1.  Jury trial of this matter is continued to 9:00 a.m., July 25, 2005, for a duration of three days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as the consolidated trial of <u>Brunk v. Oelschlager</u>, 4:03cv3378 and <u>VanHorn v. Oelschlager</u>, 4:04cv3429. Jury selection will be held at commencement of trial.

2.  The pretrial conference is continued to July 11, 2005 at 11:00 a.m. in the chambers of the undersigned.

DATED this 19th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge