IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALYNN BURGESON, ) | |
| ) | |
| Plaintiff, ) | 4:04cv3249 |
| ) | |
| v. ) | |
| ) | |
| ALLMAND BROS, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

The Clerk's Office has requested that Document Number 36 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 36 from the record. The party is directed to re-file the document.

DATED this 9th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge