IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALYNN BURGESON, ) | 4:04CV3249 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| ALLMAND BROS, INC. ) | |
| ) | |
| Defendant. ) | |

The court has been advised that the parties in this matter have reached a settlement of their claims. A motion for summary judgment (filing 31) is pending. I find that this motion should be dismissed as moot because the parties have reached settlement.

IT IS ORDERED that Defendant's Motion for Summary Judgment (filing 31) is denied as moot.

August 26, 2005.         BY THE COURT:

            *s/Richard G. Kopf*
            United States District Judge