IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALYNN BURGESON, ) | 4:04CV3249 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| ALLMAND BROS, INC. ) | |
| ) | |
| Defendant. ) | |

Pursuant to the parties' joint stipulation and motion for dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear her or its own costs.

September 9, 2005.                    BY THE COURT:

                                      *s/ Richard G. Kopf*
                                      United States District Judge